UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**
          **Plaintiff,**

v                                                                          Case No. 03-80406
                                                                                    Honorable Gerald E. Rosen

**D-7, FADI MOHAMAD-MUSBAH HAMMOUD,**
**D-8, MAJID MOHAMAD HAMMOUD,**
**D-9, JIHAD HAMMOUD**
**D-14, ALI NAJIB BERJAOUI,**
**D-15, MOHAMAD ZEIDAN,**
**D-19, ADEL ISAK,**
          **Defendants.**
_____

**DEFENDANT, FADI MOHAMAD-MUSBAH HAMMOUD'S**
**NOTICE OF JOINDER IN MOTIONS FILED BY CO-DEFENDANTS**

Defendant, FADI MOHAMAD-MUSBAH HAMMOUD, by and through his attorney, BRIAN M. LEGGHIO, hereby gives Notice of Joinder with the Co-Defendants' Motions filed with this Curt as follows:

1. (128) - Notice of Specific Requests for Impeachment and Exculpatory Information and 404(b) Evidence by D-14 Ali Najib Berjaoui.

2. (129) - Request and Notices in Compliance with Standing Order for Discovery and Inspection by D-14 Ali Najib Berjaoui.

3. (133) - Motion to Strike Surplusage from Indictment by D-14 Ali Najib Berjaoui.

4. (134) - Motion for Bill of Particulars by D-14 Ali Najib Berjaoui.

5. (135) - Motion for Discovery by D-14 Ali Najib Berjaoui.

6. (136) - Motion to Dismiss Indictment by D-14 Ali Najib Berjaoui.

7. (161) - Motion to Compel Retention of All Investigating Agents' Rough Notes by D-9 Jihad Hammoud.

8. (162) - Motion for Use of Supplemental Jury Questionnaire by D-9 Jihad Hammoud.

9. (163) - Motion to Allow Counsel to Personally Conduct Voir Dire and Related Jury Impanelment Issues by D-9 Jihad Hammoud.

10. (164) - Motion for Discovery of Records or Reports Relating to Facts or Data Underlying Expert Opinions or Any Expert Testimony to be Introduced at Trial by D-9 Jihad Hammoud.

11. (165) - Motion to Sever Defendants.

12. (166) - Motion to Compel the Government to Designate Tapes for Use by the Government at Trial, to Promptly Provide any Proposed Transcripts or Tape Recordings and to Extend Time for Filing Additional Motions *in Limine* Regarding Such Evidence by D-9 Jihad Hammoud.

13. (167) - Motion for Disclosure of Relevant Documents/Statements of Individuals Who Are Not Prospective Prosecution Witnesses by D-9 Jihad Hammoud.

14. (168) - Motion for Order Directing the Government to Produce Witness Statements Prior to Trial, or in the Alternative, for Appropriate Relief by D-9 Jihad Hammoud.

15. (169) - Motion to Dismiss Count I of the First Superseding Indictment for Failure to Allege an Offense by D-9 Jihad Hammoud.

16. (170) - Motion for Discovery FISA Apps, Orders, Disc, National Security Letters

17. (178) - Supplemental Brief as to Motion to Dismiss Indictment by D-14 Ali Najib Berjaoui.

                                  Respectfully submitted,

Date: June 22, 2007          BY:   S/BRIAN M. LEGGHIO (P29658)
                                          Attorney for Defendant,
                                          134 Market Street
                                          Mt. Clemens, MI 48043-1740
                                          586-493-7000
                                          blegghiousdc@legghiolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2007, I electronically filed the foregoing Defendant, Fadi Mohamad-Musbah Hammoud's Notice of Joinder in Motions filed by Co-Defendants with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Assistant U.S. Attorney Barbara L. McQuade and Assistant U.S. Attorney Kenneth Chadwell, as well as to all other counsel of record.

                                          S/BRIAN M. LEGGHIO (P29658)